UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IVAN SANTOS ARELLANO,<br><br>　　　　　　Defendant. | Case No. CR22-151 LK<br><br>DETENTION ORDER |

Mr. Santos Arellano is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and § 846; possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 18 U.S.C. § 2; and asset forfeiture. The Court held a detention hearing on October 20, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Santos Arellano stipulated to detention.

3. Mr. Santos Arellano poses a risk of nonappearance due to ties to a foreign country, use of an alias, and lack of ties to this district or others. In addition, his background

DETENTION ORDER - 1

was unable to be verified.

4. Mr. Santos Arellano poses a risk of danger due to the nature of the instant offense, possession of firearms by the organization, and a prior conviction for similar conduct.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Santos Arellano's appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Santos Arellano as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Santos Arellano shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Santos Arellano shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Santos Arellano is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Santos Arellano, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 20th day of October, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3